UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BARCENAS, MOISES § Case No. 12-44992
§
Debtor(s) §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1 - Successor Trustee Report**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: 12-44992　DRC　Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: BARCENAS, MOISES | Date Filed (f) or Converted (c): | 11/13/12 (f) |
| | 341(a) Meeting Date: | 12/31/12 |
| For Period Ending: 09/25/14 | Claims Bar Date: | 01/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>920 Emerald Drive, Pingree Grove, IL 60140<br>Stay lifted per order 12/20/12 | 108,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash<br>On Hand | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>Furnishings in Debtor's residence | 700.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br>Clothing for Debtor and Wife | 200.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry<br>Wedding Bands | 400.00 | 0.00 | | 0.00 | FA |
| 6. Contingent & Unliquidated Claims<br>Personal Injury Claim arising from auto accident whcih was subject to pre-petition lawsuit; Trustee settled the lawsuit per order of this Court dated 7/18/14; Debtor amended schedules to list value of asset as the settlement amount and also claimed personal injury exemption | 100,000.00 | 10,000.00 | | 100,000.00 | FA |
| 7. Vehicles<br>98 Honda Civic | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Med Pay Receipts from Insurance Policy (u)<br>Prior to the petition, Debtor's attorney who was retained to prosecute the personal injury claim received $5,000 from the Debtor's insurance company for payment of Debtor's medical expeneses; that attorney (who Trustee employed as her special counsel) had paid 2 of debtor's medical bills from the funds and maintained the balance in his segregated client fund account; pursuant to the order settling the PI claim, the funds were turned over to the Trustee less the two medical payments made which were deemed allowed as valid lien claims | 0.00 | 5,000.00 | | 5,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-44992 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BARCENAS, MOISES | Date Filed (f) or Converted (c): | 11/13/12 (f) |
| | | 341(a) Meeting Date: | 12/31/12 |
| | | Claims Bar Date: | 01/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $211,600.00 | $15,000.00 | | $105,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's claim for neck injuries which arose from a pre-petition automobile accident. Trustee believes there may be value in the estate's claim and Trustee has retained the debtor's personal injury attorney as special counsel. Trustee researched the validity of subrogation claim of union health insurer and value of medical payments collected by PI counsel. Trustee settled the PI case, purusant to this Court's order dated 7/18/14. Trustee analyzed claims, including medical lien claims. Trustee was authorized to pay the medical lien claims pursuant to the Court's 7/18/14 order.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2 - Successor Trustee Report

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-44992 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BARCENAS, MOISES | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9410 | | | |
| For Period Ending: | 09/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/14 | 8 | ALVARO COOK, LTD. TRUST ACCOUNT 149 S. LINCOLNWAY, STE. 200 NORTH AURORA, IL 60542 | Med-Pay Receipts from D's Insurer | | 4,452.90 | | 4,452.90 |
| | | ALVARO COOK, LTD TRUST ACCT | Memo Amount:   5,000.00 Med-Pay Receipts from D's Insurer | 1242-000 | | | |
| | | ILLINOIS SPINE INSTITUTE | Memo Amount:   ( 289.10 ) Payment by Spec. Counsel on Med-Pay | 4210-000 | | | |
| | | MIDWEST NEUROSURGERY & SPINE | Memo Amount:   ( 258.00 ) Med-Pay from Spec. Cousel | 4220-000 | | | |
| 08/29/14 | 6 | ALLSTATE INSURANCE CO c/o Bank of America NA Atlanta, Dekalb City, GA | SETTLEMENT - P.I. CLAIM | 1142-000 | 100,000.00 | | 104,452.90 |
| 09/02/14 | 001001 | ALVARO COOK 149 S. LINCOLNWAY NORTH AURORA, IL 60542 | Special Counsel for Trustee Fees | 3210-600 | | 35,000.00 | 69,452.90 |
| 09/02/14 | 001002 | ALVARO COOK 149 S. LINCOLNWAY NORTH AURORA, IL 60542 | Special Counsel for Trustee Expense | 3220-610 | | 1,525.20 | 67,927.70 |
| 09/02/14 | 001003 | MOISES BARCENAS C/O ALVARO COOK 149 S. LINCOLNWAY NORTH AURORA, IL 60542 | Debtor Exemptions | 8100-002 | | 15,000.00 | 52,927.70 |
| 09/02/14 | 001004 | UNITED FOOD & COMMERCIAL WORKERS UNION 9801 W. HIGGINS RD, STE. 500 ROSEMONT, IL 60018 | Personal Prop & Intang - Non Consen | 4220-000 | | 2,382.17 | 50,545.53 |
| 09/02/14 | 001005 | BARRINGTON ORTHOPEDIC SPECIALISTS 929 W. HIGGINS RD | Personal Prop & Intang - Non Consen | 4220-000 | | 3,989.00 | 46,556.53 |
| | | | Page Subtotals | | 104,452.90 | 57,896.37 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 18.01

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-44992 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BARCENAS, MOISES | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6156  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9410 | | | |
| For Period Ending: | 09/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SCHAUMBURG, IL 60195 | | | | | |
| 09/02/14 | 001006 | CRAIG BERNACKI, D.C. SCHAUMBURG CHIROPRACTIC 714 E. HIGGINS ROAD SCHAUMBURG, IL 60173 | Personal Prop & Intang - Non Consen | 4220-000 | | 223.60 | 46,332.93 |
| 09/02/14 | 001007 | KANU PANCHAL, M.D. 4309 W. MEDICAL CENTER DRIVE MCHENRY, IL 60050 | Personal Prop & Intang - Non Consen | 4220-000 | | 1,500.00 | 44,832.93 |
| 09/02/14 | 001008 | ILLINOIS SPINE INSTITUTE 1990 E. ALGONQUIN RD, STE. 160 SCHAUMBURG, IL 60173 | Personal Prop & Intang - Non Consen | 4220-000 | | 45.00 | 44,787.93 |
| 09/02/14 | 001009 | ST. ALEXIUS MEDICAL CENTER 1555 N. BARRINGTON RD HOFFMAN ESTATES, IL 60169 | Personal Prop & Intang - Non Consen | 4220-000 | | 362.39 | 44,425.54 |
| 09/02/14 | 001010 | ATHLETICO 625 ENTERPRISE DRIVE OAK BROOK, IL 60523 | Personal Prop & Intang - Non Consen | 4220-000 | | 210.80 | 44,214.74 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.01 | 44,196.73 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 5,000.00 | COLUMN TOTALS | 104,452.90 | 60,256.17 | 44,196.73 |
| Memo Allocation Disbursements: | 547.10 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 104,452.90 | 60,256.17 | |
| Memo Allocation Net: | 4,452.90 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 104,452.90 | 45,256.17 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 5,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 547.10 | Checking Account (Non-Interest Earn - *******6156 | 104,452.90 | 45,256.17 | 44,196.73 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 4,452.90 | | 104,452.90 | 45,256.17 | 44,196.73 |
| | | | ============ | ============ | ============ |

Page Subtotals     0.00     2,359.80

FORM 2 - Successor Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-44992 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BARCENAS, MOISES | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6156  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9410 | | | |
| For Period Ending: | 09/25/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2014 |

Case Number: 12-44992  
Debtor Name: BARCENAS, MOISES  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | ALVARO COOK<br>149 S. LINCOLNWAY<br>NORTH AURORA, IL 60542 | Administrative<br>Final Compensation in P.I. Case | | $35,000.00 | $35,000.00 | $0.00 |
| | | 2221656156 | 09/02/14   1001 | | 35,000.00 | |
| 001<br>3220-61 | ALVARO COOK<br>149 S. LINCOLNWAY<br>NORTH AURORA, IL 60542 | Administrative<br>Reimbursement of expenses rendered in P.I. Case | | $1,525.20 | $1,525.20 | $0.00 |
| | | 2221656156 | 09/02/14   1002 | | 1,525.20 | |
| 001<br>2200-00 | ELIZABETH C. BERG, TRUSTEE | Administrative | | $14.81 | $0.00 | $14.81 |
| 001<br>2100-00 | ELIZABETH C. BERG, TRUSTEE | Administrative | | $5,884.15 | $0.00 | $5,884.15 |
| | Subtotal for Class Administrative | | | $42,424.16 | $36,525.20 | $5,898.96 |
| 000001<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(1-1) CREDIT CARD DEBT | | $977.11 | $0.00 | $977.11 |
| 999<br>8100-00 | MOISES BARCENAS<br>C/O ALVARO COOK<br>149 S. LINCOLNWAY<br>NORTH AURORA, IL 60542 | Unsecured<br>Exemption | | $15,000.00 | $15,000.00 | $0.00 |
| | | 2221656156 | 09/02/14   1003 | | 15,000.00 | |
| 999<br>8200-00 | MOISES BARCENAS<br>920 EMERALD DRIVE<br>PINGREE GROVE, IL  60140 | Unsecured | | $37,317.00 | $0.00 | $37,317.00 |
| | Subtotal for Class Unsecured | | | $53,294.11 | $15,000.00 | $38,294.11 |
| 050<br>4220-00 | ILLINOIS SPINE INSTITUTE<br>1990 E. ALGONQUIN RD, STE. 160<br>SCHAUMBURG, IL 60173 | Secured<br>Health Care Lien paid per order 7/18/14 | | $289.10 | $289.10 | $0.00 |
| | | 2221656156 | 08/14/14   10 | | 289.10 | |
| 050<br>4220-00 | MIDWEST NEUROSURGERY &<br>SPINE SPECIALISTS<br>150 N. WINFIELD RD, STE. D<br>WINFIELD, IL 60190 | Secured<br>Health Care Lien paid per order 7/18/14 | | $258.00 | $258.00 | $0.00 |
| | | 2221656156 | 08/14/14   15 | | 258.00 | |
| 050<br>4220-00 | UNITED FOOD & COMMERCIAL<br>WORKERS UNION<br>9801 W. HIGGINS RD, STE. 500<br>ROSEMONT, IL 60018 | Secured<br>Health Care Lien paid per order 7/18/14 | | $2,382.17 | $2,382.17 | $0.00 |
| | | 2221656156 | 09/02/14   1004 | | 2,382.17 | |
| 050<br>4220-00 | BARRINGTON ORTHOPEDIC<br>SPECIALISTS<br>929 W. HIGGINS RD<br>SCHAUMBURG, IL 60195 | Secured<br>Healthcare lien paid per order 7/18/14 | | $3,989.00 | $3,989.00 | $0.00 |
| | | 2221656156 | 09/02/14   1005 | | 3,989.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 25, 2014 |

Case Number:  12-44992  
Debtor Name:  BARCENAS, MOISES  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 050 4220-00 | CRAIG BERNACKI, D.C. SCHAUMBURG CHIROPRACTIC 714 E. HIGGINS ROAD SCHAUMBURG, IL 60173 | Secured | Healthcare lien paid per order 7/18/14 | $223.60 | $223.60 | $0.00 |
| | | | 2221656156   09/02/14   1006 | | 223.60 | |
| 050 4220-00 | KANU PANCHAL, M.D. 4309 W. MEDICAL CENTER DRIVE MCHENRY, IL 60050 | Secured | Healthcare lien paid per order 7/18/14 | $1,500.00 | $1,500.00 | $0.00 |
| | | | 2221656156   09/02/14   1007 | | 1,500.00 | |
| 050 4220-00 | ILLINOIS SPINE INSTITUTE 1990 E. ALGONQUIN RD, STE. 160 SCHAUMBURG, IL 60173 | Secured | Health Care Lien paid per order 7/18/14 | $45.00 | $45.00 | $0.00 |
| | | | 2221656156   09/02/14   1008 | | 45.00 | |
| 050 4220-00 | ST. ALEXIUS MEDICAL CENTER 1555 N. BARRINGTON RD HOFFMAN ESTATES, IL 60169 | Secured | Healthcare lien paid per order 7/18/14 | $362.39 | $362.39 | $0.00 |
| | | | 2221656156   09/02/14   1009 | | 362.39 | |
| 050 4220-00 | ATHLETICO 625 ENTERPRISE DRIVE OAK BROOK, IL 60523 | Secured | Healthcare lien paid per order 7/18/14 | $210.80 | $210.80 | $0.00 |
| | | | 2221656156   09/02/14   1010 | | 210.80 | |
| | Subtotal for Class Secured | | | $9,260.06 | $9,260.06 | $0.00 |
| | Case Totals: | | | $104,978.33 | $60,785.26 | $44,193.07 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-44992
Case Name: BARCENAS, MOISES
Trustee Name: Elizabeth C. Berg

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | ILLINOIS SPINE INSTITUTE | $ | $ | $ | $ |
| | MIDWEST NEUROSURGERY & SPINE SPECIALISTS | $ | $ | $ | $ |
| | UNITED FOOD & COMMERCIAL WORKERS UNION | $ | $ | $ | $ |
| | BARRINGTON ORTHOPEDIC SPECIALISTS | $ | $ | $ | $ |
| | CRAIG BERNACKI, D.C. | $ | $ | $ | $ |
| | KANU PANCHAL, M.D. | $ | $ | $ | $ |
| | ILLINOIS SPINE INSTITUTE | $ | $ | $ | $ |
| | ST. ALEXIUS MEDICAL CENTER | $ | $ | $ | $ |
| | ATHLETICO | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg | $ | $ | $ |
| Other: ALVARO COOK | $ | $ | $ |
| Other: ALVARO COOK | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $ | $ | $ |

      Total to be paid to timely general unsecured creditors    $_____

      Remaining Balance    $_____

      Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of _____ % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $_____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____.