# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARCENAS, MOISES | § | Case No. 12-44992 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Ch. 7 Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Friday, November 7, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt _____

*Elizabeth C. Berg, Ch. 7 Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARCENAS, MOISES | § | Case No. 12-44992 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 105,000.00 |
| and approved disbursements of | $ | 60,803.27 |
| leaving a balance on hand of[1] | $ | 44,196.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | ILLINOIS SPINE INSTITUTE | $  289.10 | $  289.10 | $  289.10 | $  0.00 |
| | MIDWEST NEUROSURGERY & SPINE SPECIALISTS | $  258.00 | $  258.00 | $  258.00 | $  0.00 |
| | UNITED FOOD & COMMERCIAL WORKERS UNION | $  2,382.17 | $  2,382.17 | $  2,382.17 | $  0.00 |
| | BARRINGTON ORTHOPEDIC SPECIALISTS | $  3,989.00 | $  3,989.00 | $  3,989.00 | $  0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Case 12-44992    Doc 36    Filed 10/15/14    Entered 10/17/14 23:56:17    Desc Imaged
Certificate of Notice    Page 3 of 6

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | CRAIG BERNACKI, D.C. | $ 223.60 | $ 223.60 | $ 223.60 | $ 0.00 |
| | KANU PANCHAL, M.D. | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| | ILLINOIS SPINE INSTITUTE | $ 45.00 | $ 45.00 | $ 45.00 | $ 0.00 |
| | ST. ALEXIUS MEDICAL CENTER | $ 362.39 | $ 362.39 | $ 362.39 | $ 0.00 |
| | ATHLETICO | $ 210.80 | $ 210.80 | $ 210.80 | $ 0.00 |

Total to be paid to secured creditors      $ 0.00

Remaining Balance      $ 44,196.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Ch. 7 Trustee | $ 5,884.15 | $ 0.00 | $ 5,884.15 |
| Trustee Expenses: Elizabeth C. Berg, Ch. 7 Trustee | $ 14.81 | $ 0.00 | $ 14.81 |
| Other: ALVARO COOK | $ 35,000.00 | $ 35,000.00 | $ 0.00 |
| Other: ALVARO COOK | $ 1,525.20 | $ 1,525.20 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $ 5,898.96

Remaining Balance      $ 38,297.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 977.11  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One, N.A. | $               977.11 | $                0.00 | $               977.11 |

Total to be paid to timely general unsecured creditors          $               977.11

Remaining Balance          $          37,320.66

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.2  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 3.66 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 37,317.00 .

Prepared By: /s/ _____
Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg, Ch. 7 Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-44992-DRC
Moises Barcenas                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte          Page 1 of 1          Date Rcvd: Oct 15, 2014
                           Form ID: pdf006          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db          #+Moises Barcenas,    920 Emerald Drive,   Pingree Grove, IL 60140-9112
19687952    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
19687953     +Cambridge Lakes Community Association,   CO Foster Premier Inc,   750 Lake Cook Road #190,
              Buffalo Grove, IL 60089-2076
19687954     +Cambridge Lakes Townhome Association 2,   Lieberman Management Services Inc,
              25 Northwest Point Blvd, suite 330,   Elk Grove Village, IL 60007-1033
21146984      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19687955     +Codilis and Associates,   15w030 North Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
19687956     +Dependon Collection Se,   Po Box 4833,   Oak Brook, IL 60522-4833
19687958    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD 21701)
19745988     +WELLS FARGO BANK, NA,   c/o Codilis & Associates, P.C.,   15W030 North Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19687957     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2014 01:59:12      Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                              TOTAL: 1


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Gloria C  Tsotsos    on behalf of Creditor   WELLS FARGO BANK, NA nd-two@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephanie K Low    on behalf of Debtor Moises  Barcenas stephanie@aslattorneys.com
                                                                              TOTAL: 5