UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BARCENAS, MOISES § Case No. 12-44992
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth Berg, Successor Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____        By:/s/Elizabeth Berg, Successor Trustee_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MOISES BARCENAS |  |  |  |
| MOISES BARCENAS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cabridge Lakes Community Association |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cambridge Lakes Townhome Association 2 | | | | | |
| | Wells Fargo Home | | | | | |
| | ATHLETICO | | | | | |
| | BARRINGTON ORTHOPEDIC SPECIALISTS | | | | | |
| | CRAIG BERNACKI, D.C. | | | | | |
| | ILLINOIS SPINE INSTITUTE | | | | | |
| | KANU PANCHAL, M.D. | | | | | |
| | MIDWEST NEUROSURGERY & SPINE | | | | | |
| | ST. ALEXIUS MEDICAL CENTER | | | | | |
| | UNITED FOOD & COMM WORKER'S UNION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| ALVARO COOK | | | | | |
| ALVARO COOK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Dependon Collection | | | | | |
| 000001 | CAPITAL ONE, N.A. | | | | | |
| | CAPITAL ONE, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-44992 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth Berg, Successor Trustee |
| Case Name: | BARCENAS, MOISES | | | | Date Filed (f) or Converted (c): | 11/13/12 (f) |
| | | | | | 341(a) Meeting Date: | 12/31/12 |
| For Period Ending: | 12/16/14 | | | | Claims Bar Date: | 01/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>920 Emerald Drive, Pingree Grove, IL 60140<br>Stay lifted per order 12/20/12 | 108,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash<br>On Hand | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>Furnishings in Debtor's residence | 700.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br>Clothing for Debtor and Wife | 200.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry<br>Wedding Bands | 400.00 | 0.00 | | 0.00 | FA |
| 6. Contingent & Unliquidated Claims<br>Personal Injury Claim arising from auto accident whcih was subject to pre-petition lawsuit; Trustee settled the lawsuit per order of this Court dated 7/18/14; Debtor amended schedules to list value of asset as the settlement amount and also claimed personal injury exemption | 100,000.00 | 10,000.00 | | 100,000.00 | FA |
| 7. Vehicles<br>98 Honda Civic | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Med Pay Receipts from Insurance Policy (u)<br>Prior to the petition, Debtor's attorney who was retained to prosecute the personal injury claim received $5,000 from the Debtor's insurance company for payment of Debtor's medical expeneses; that attorney (who Trustee employed as her special counsel) had paid 2 of debtor's medical bills from the funds and maintained the balance in his segregated client fund account; pursuant to the order settling the PI claim, the funds were turned over to the Trustee less the two medical payments made which were deemed allowed as valid lien claims | 0.00 | 5,000.00 | | 5,000.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 12-44992 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth Berg, Successor Trustee |
| Case Name: | BARCENAS, MOISES | | | Date Filed (f) or Converted (c): | 11/13/12 (f) |
| | | | | 341(a) Meeting Date: | 12/31/12 |
| | | | | Claims Bar Date: | 01/09/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $211,600.00 | $15,000.00 | | $105,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014: Trustee investigated Debtor's claim for neck injuries which arose from a pre-petition automobile
accident. Trustee believes there may be value in the estate's claim and Trustee has retained the debtor's personal
injury attorney as special counsel. Trustee researched the validity of subrogation claim of union health insurer and
value of medical payments collected by PI counsel. Trustee settled the PI case, purusant to this Court's order dated
7/18/14. Trustee analyzed claims, including medical lien claims. Trustee was authorized to pay the medical lien claims
pursuant to the Court's 7/18/14 order.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 10/14/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-44992 -DRC | | Trustee Name: | Elizabeth Berg, Successor Trustee |
|---|---|---|---|---|
| Case Name: | BARCENAS, MOISES | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9410 | | | |
| For Period Ending: | 12/16/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/14 | 8 | ALVARO COOK, LTD.<br>TRUST ACCOUNT<br>149 S. LINCOLNWAY, STE. 200<br>NORTH AURORA, IL 60542 | Med-Pay Receipts from D's Insurer | | 4,452.90 | | 4,452.90 |
| | | ALVARO COOK, LTD TRUST ACCT | Memo Amount: 5,000.00<br>Med-Pay Receipts from D's Insurer | 1242-000 | | | |
| | | ILLINOIS SPINE INSTITUTE | Memo Amount: ( 289.10 )<br>Payment by Spec. Counsel on Med-Pay | 4210-000 | | | |
| | | MIDWEST NEUROSURGERY & SPINE | Memo Amount: ( 258.00 )<br>Med-Pay from Spec. Cousel | 4220-000 | | | |
| 08/29/14 | 6 | ALLSTATE INSURANCE CO<br>c/o Bank of America NA<br>Atlanta, Dekalb City, GA | SETTLEMENT - P.I. CLAIM | 1142-000 | 100,000.00 | | 104,452.90 |
| 09/02/14 | 001001 | ALVARO COOK<br>149 S. LINCOLNWAY<br>NORTH AURORA, IL 60542 | Special Counsel for Trustee Fees | 3210-600 | | 35,000.00 | 69,452.90 |
| 09/02/14 | 001002 | ALVARO COOK<br>149 S. LINCOLNWAY<br>NORTH AURORA, IL 60542 | Special Counsel for Trustee Expense | 3220-610 | | 1,525.20 | 67,927.70 |
| 09/02/14 | 001003 | MOISES BARCENAS<br>C/O ALVARO COOK<br>149 S. LINCOLNWAY<br>NORTH AURORA, IL 60542 | Debtor Exemptions | 8100-002 | | 15,000.00 | 52,927.70 |
| 09/02/14 | 001004 | UNITED FOOD & COMMERCIAL WORKERS UNION<br>9801 W. HIGGINS RD, STE. 500<br>ROSEMONT, IL 60018 | Personal Prop & Intang - Non Consen | 4220-000 | | 2,382.17 | 50,545.53 |
| 09/02/14 | 001005 | BARRINGTON ORTHOPEDIC SPECIALISTS<br>929 W. HIGGINS RD | Personal Prop & Intang - Non Consen | 4220-000 | | 3,989.00 | 46,556.53 |
| | | | Page Subtotals | | 104,452.90 | 57,896.37 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-44992 -DRC | Trustee Name: | Elizabeth Berg, Successor Trustee |
|---|---|---|---|
| Case Name: | BARCENAS, MOISES | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9410 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SCHAUMBURG, IL 60195 | | | | | |
| 09/02/14 | 001006 | CRAIG BERNACKI, D.C.<br>SCHAUMBURG CHIROPRACTIC<br>714 E. HIGGINS ROAD<br>SCHAUMBURG, IL 60173 | Personal Prop & Intang - Non Consen | 4220-000 | | 223.60 | 46,332.93 |
| 09/02/14 | 001007 | KANU PANCHAL, M.D.<br>4309 W. MEDICAL CENTER DRIVE<br>MCHENRY, IL 60050 | Personal Prop & Intang - Non Consen | 4220-000 | | 1,500.00 | 44,832.93 |
| 09/02/14 | 001008 | ILLINOIS SPINE INSTITUTE<br>1990 E. ALGONQUIN RD, STE. 160<br>SCHAUMBURG, IL 60173 | Personal Prop & Intang - Non Consen | 4220-000 | | 45.00 | 44,787.93 |
| 09/02/14 | 001009 | ST. ALEXIUS MEDICAL CENTER<br>1555 N. BARRINGTON RD<br>HOFFMAN ESTATES, IL 60169 | Personal Prop & Intang - Non Consen | 4220-000 | | 362.39 | 44,425.54 |
| 09/02/14 | 001010 | ATHLETICO<br>625 ENTERPRISE DRIVE<br>OAK BROOK, IL 60523 | Personal Prop & Intang - Non Consen | 4220-000 | | 210.80 | 44,214.74 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.01 | 44,196.73 |
| 11/12/14 | 001011 | ELIZABETH C. BERG, TRUSTEE | Trustee Compensation | 2100-000 | | 5,884.15 | 38,312.58 |
| 11/12/14 | 001012 | ELIZABETH C. BERG, TRUSTEE | Trustee Expenses | 2200-000 | | 14.81 | 38,297.77 |
| 11/12/14 | 001013 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 100.37% | | | 980.77 | 37,317.00 |
| | | | Claim         977.11 | 7100-000 | | | |
| | | | Interest        3.66 | 7990-000 | | | |
| 11/12/14 | 001014 | MOISES BARCENAS<br>920 EMERALD DRIVE<br>PINGREE GROVE, IL  60140 | Surplus Funds | 8200-002 | | 37,317.00 | 0.00 |

Page Subtotals     0.00     46,556.53

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-44992 -DRC | Trustee Name: | Elizabeth Berg, Successor Trustee |
|---|---|---|---|
| Case Name: | BARCENAS, MOISES | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6156  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9410 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 5,000.00 | COLUMN TOTALS | | 104,452.90 | 104,452.90 | 0.00 |
| | | Memo Allocation Disbursements: 547.10 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 104,452.90 | 104,452.90 | |
| | | Memo Allocation Net: 4,452.90 | Less: Payments to Debtors | | | 52,317.00 | |
| | | | Net | | 104,452.90 | 52,135.90 | |
| | | Total Allocation Receipts: 5,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: 547.10 | Checking Account (Non-Interest Earn - *******6156 | | 104,452.90 | 52,135.90 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | Total Memo Allocation Net: 4,452.90 | | | 104,452.90 | 52,135.90 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00   0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*